UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL       JS - 5

| | |
|---|---|
| Case No. | EDCV18-01189-JGB(SHKx) |
| Date | July 15, 2019 |
| Title | Norma Williams v. Navient Solutions, LLC, et al |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Maynor Galvez | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Norma Williams, Pro Se | Dennis N. Lueck, Jr. |

**Proceedings:**   STATUS CONFERENCE

The parties make their appearances as noted above. The Court orders the case be re-opened. Defendant informs the Court that she is in the process of obtaining counsel. The Court order the parties to file a status report within 30 days.

The Clerk is directed to re-open the case.

IT IS SO ORDERED.