UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **EDCV 18-1189-JGB (SHKx)** | Date October 9, 2019 |
| Title *Norma Williams v. Navient Solutions, LLC, et al.* | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause

On July 15, 2019, the Court held a status conference in this matter. (Dkt. No. 30.)  The Court ordered the case be reopened and ordered the parties to file a status report within 30 days. (Id.)

Both parties are ordered to show cause in writing by **October 18, 2019** for their failure to file a status report.  Failure to respond to this order may result in dismissal of the action.

**IT IS SO ORDERED.**