FILED

| | |
|---|---|
| 1  Name: Norma Williams | 2019 OCT 18 PM 1:13 |
| 2  Address: 19415 Oneida Ct | CLERK U.S. DISTRICT COURT |
| 3  Apple Valley Ca 92307 | CENTRAL DIST. OF CALIF. |
| 4  Phone: (760) 662-4655 | RIVERSIDE |
| 5  Fax: | BY ___ |
| 6  In Pro Per | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Norma Williams

Plaintiff

v.

Navient Solutions LLC

Defendant(s).

CASE NUMBER:

5:18-cv-01189-JGB-SHK
(Hon. Jesus G Bernal: Courtroom 1)

(Enter document title in the space provided above)

Stipulation For Dismissal

Dennis N. Leck Jr.
Hinshaw & Culbertson LLP
633 West 5th Street 47th Floor.
Los Angles Ca 90071
Telephone (310) 680-2800
Ashley M Bretting@u.com
Hinshaw & Culbertson LLP
11601 Wilshire Blvd. Suite 800
Los Angles Ca 90025
Telephone 310 (905) 8000

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

I Norma Williams (Plaintiff) and Defendants Navient Solution LLC, having filed a Joint Stipulation of Dismissal with prejudice. I am requesting this case be dismissed with prejudice.

October 18, 2019          Norma Williams

*Page Number*

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT